Martin L. H. Barclay, appellee, v. Goldberg Drug Company, appellant. Gen. No. 35,816.

Opinion filed June 28, 1932.
Wendell E. Green, for appellant. B. G. Clanton, for appellee.
Mr. Justice Gridley delivered the opinion of the court.

Edwin Hamilton, appellant, v. Estelle Jensen, appellee. Gen. No. 35,550.

Opinion filed June 28, 1932.
Edwin Hamilton, pro se. Wolf & Love, for appellee; Stephen Love, of counsel.
Mr. Justice Scanlan delivered the opinion of the court.

Edward H. Olsen, appellee, v. Marya Zolniewski et al., defendants. Marya Zolniewski, appellant. Gen. No. 35,590.

Opinion filed June 28, 1932. Rehearing denied July 11, 1932.
Jacob Levy, for appellant; James M. Gwin, of counsel. Hummer & Hummer, for appellee.
Mr. Justice Scanlan delivered the opinion of the court.

Ellich McNeil and Bertha McNeil, alias Mr. and Mrs. Ellich McNeal, appellees, v. The Drexel State Bank of Chicago, appellant.

Affirmed. Opinion filed June 28, 1932. Rehearing denied July 11, 1932.
Eugene P. Kealy and McKenna & Harris, for appellant; Eugene P. Kealy and Abraham W. Brussell, of counsel. George S. Barnes and B. G. Clanton, for appellees.
Mr. Justice Scanlan delivered the opinion of the court.

The People of the State of Illinois, defendant in error, v. Hyman Jansky, plaintiff in error. Gen. No. 35,675.

Opinion filed June 28, 1932.

Maurice Alschuler, for plaintiff in error. John A. Swanson, State's Attorney, for defendant in error.

Mr. Justice Scanlan delivered the opinion of the court.

Ralph L. Painter, appellee, v. Illinois Traction, Inc., appellant. Gen. No. 35,715.

Opinion filed June 28, 1932.

E. Bentley Hamilton, for appellant. Hollerich & Hurley and William Greene, for appellee.

Mr. Justice Scanlan delivered the opinion of the court.

Jack Niles Company, appellee, v. Hugo Meyer, appellant. Gen. No. 35,753.

Opinion filed June 28, 1932.

Rufus M. Potts, C. W. Armstrong and Frank X. Brickley, for appellant. Parker, McKeon & Clusman, for appellee; James B. McKeon, of counsel.

Mr. Justice Scanlan delivered the opinion of the court.

General Acceptance Company, appellant, v. Melissa McNally, appellee. Gen. No. 35,771.

Opinion filed June 28, 1932.

Harry S. Greenstein, for appellant; Harry F. Brewer, of counsel. James R. Glass, for appellee; Alexander J. Napoli, of counsel.

Mr. Justice Scanlan delivered the opinion of the court.

H. M. Byllesby & Company, appellant, v. Wilmer C. Bennett, appellee. Gen. No. 35,792.

Opinion filed June 28, 1932.

Owen & Campbell, for appellant; Cummins, Hagenah & Flynn, Malcolm Dale Owen, H. P. Reynolds and J. R. Phillips, of counsel. McDonald & Richmond, for appellee; Lyle L. Richmond, of counsel.

Mr. Justice Scanlan delivered the opinion of the court.